# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D19-1718
Lower Tribunal No. F09-33121

————————————

**The State of Florida,**
Appellant,

vs.

**Tyler Darnell,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Ashley Moody, Attorney General, and Gabrielle Raemy Charest-Turken and Asad Ali, Assistant Attorneys General, for appellant.

The Davis Legal Center, and Dameka L. Davis (Hollywood), for appellee.

Before SCALES, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.